UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONICA MENDOZA, | ) | No. C04-04618 SBA |
|     Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| | ) | |
| AIMCO, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 10/4/05

                                _/s/ Saundra B Armstrong_____
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge